AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

# Northern District of Illinois

| | |
|---|---|
| ZACHARY M. | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   09 C 797 |
| BOARD OF EDUCATION OF EVANSTON | ) |
| TOWNSHIP HIGH SCHOOL DISTRICT #202, ET | ) |
| AL | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the

defendant *(name)* _____ the amount of

_____ dollars ($ _____ ), which includes prejudgment

interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____

☒ other:

Summary judgment is entered in favor of defendants and against plaintiff, Zachary M.  Plaintiff takes

nothing from the defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge    James B. Zagel _____ on a motion for   summary

judgment..

Date:      Nov 8, 2011                                    Michael W. Dobbins, Clerk of Court

/s/ Donald Walker, Deputy Clerk